## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RAIN DOGS TRUCKING, INC.**                                                      **PLAINTIFF**

**v.**                                   **NO. 4:24-cv-00993-JM**

**LOVES TRAVEL STOPS & COUNTRY
STORES,** *et al.*                                                               **DEFENDANTS**

### ORDER

The Court has been advised that the parties have reached an agreement in this case. The

jury trial scheduled for June 8, 2026, is canceled and this case is removed from the trial docket.

All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 15th day of May, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE